IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CATHERINE RAMEY,              )
by and through her legal      )
guardian, Joseph Ramey,       )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:22cv76-MHT
                              )         (WO)
STEPHANIE M. AZAR, in her     )
official capacity as          )
Commissioner of the           )
Alabama Medicaid Agency,      )
and KIMBERLY G. BOSWELL,      )
in her official capacity      )
as Commissioner of the        )
Alabama Department of         )
Mental Health,                )
                              )
     Defendants.              )
```

## JUDGMENT

Upon consideration of the joint motion to dismiss with prejudice (Doc. 23), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of March, 2023.

                             /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE